UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

ENEL GREEN POWER NORTH AMERICA, INC., ENEL KANSAS, LLC, and ENEL MINNESOTA HOLDINGS, LLC,

        Plaintiffs,

- against -

GERONIMO ENERGY, LLC,

        Defendant.

18-CV-05882 (AJN)

**STIPULATION AND PROPOSED ORDER REGARDING USE OF DISPUTED DOCUMENTS DURING MEDIATION**

        Plaintiffs Enel Green Power North America, Inc., Enel Kansas, LLC and Enel Minnesota Holdings, LLC (collectively, "Enel"), Plaintiff Geronimo Energy, LLC, a Minnesota LLC ("Minnesota Geronimo"), and mediation participants Geronimo Energy Holdings, LLC (together with Minnesota Geronimo, the "Geronimo Entities"), Geronimo Energy, LLC, a Delaware LLC ("Delaware Geronimo"), and NGV Emerald Acquisition Co., LLC (collectively with Enel, the Geronimo Entities, and Delaware Geronimo, the "Parties"), by and through their respective counsel of record, hereby enter into this stipulation and proposed order.

        **WHEREAS**, the Parties have agreed to mediate their disputes before the Hon. Katharine H. Parker on May 27, 2020;

        **WHEREAS**, on April 10, 2020, the Geronimo Entities sent a letter to Enel attaching certain email communications that the Geronimo Entities had designated as Exhibits 11 and 12 to the letter;

        **WHEREAS**, on April 20, 2020, Enel asserted a claim of privilege over Exhibits 11 and 12, as well as any similar communications in the possession of the Geronimo Entities (the "Disputed Documents");

**WHEREAS**, the Geronimo Entities dispute Enel's assertion of privilege over the Disputed Documents, but nonetheless agree not to share the Disputed Documents or their contents with third parties not involved in the mediation process; and

**WHEREAS**, in light of the pending mediation, the Parties wish to defer litigation on this issue until the mediation has concluded.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, that:

1. The Parties shall not take any legal action with respect to any Party's assertion of privilege over the Disputed Documents until the mediation has concluded.

2. Pursuant to Federal Rule of Evidence 502(d), Enel need not raise any further objection or take any other legal action with respect to the Disputed Documents, or any references to the Disputed Documents, for the duration of the mediation, and Enel's failure to take such actions shall not constitute a waiver of any privilege that Enel may have over the Disputed Documents either in this litigation or any future litigation.

3. Pursuant to Federal Rule of Evidence 502(d), none of the Parties' submissions or communications in connection with the mediation shall constitute a waiver of any privilege that any Party may have over the Disputed Documents either in this litigation or any future litigation.

4. The Parties shall not disclose the Disputed Documents or any of their contents to any other person other than their respective counsel and Judge Parker until a Court has resolved whether Enel may assert privilege over the Disputed Documents.

Dated: May 20, 2020

**CIRESI CONLIN LLP**

By: /s/ Katie Crosby Lehmann
Michael V. Ciresi
Katie Crosby Lehmann
Heather M. McElroy
Melissa A. Goodman
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
Email: mvc@ciresiconlin.com
       kcl@ciresiconlin.com
       hmm@ciresiconlin.com
       mag@ciresiconlin.com

*Attorneys for Defendant*
*Geronimo Energy, LLC, a*
*Minnesota LLC*
*and Mediation Participant*
*Geronimo Energy Holdings, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: [signature]
Andrew J. Gallo
Samuel R. Rowley
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 951-8000
Email: andrew.gallo@morganlewis.com
       samuel.rowley@morganlewis.com

*Attorneys for Mediation Participants*
*NGV Emerald Acquisition Co., LLC and*
*Geronimo Energy, LLC, a Delaware LLC*

**DAVIS POLK & WARDWELL LLP**

By: [signature]
Antonio J. Perez-Marques
Adam G. Mehes
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Fax: (212) 701-5559
Email: antonio.perez@davispolk.com
       adam.mehes@davispolk.com
       craig.cagney@davispolk.com

*Attorneys for Plaintiffs*
*Enel Green Power North America, Inc.,*
*Enel Kansas, LLC and*
*Enel Minnesota Holdings, LLC*

SO ORDERED:

Date: May 27, 2020

By: [signature]
KATHARINE A. PARKER
UNITED STATES MAGISTRATE JUDGE

3