UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEL GREEN POWER NORTH AMERICA, INC., ENEL KANSAS, LLC, and ENEL MINNESOTA HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>GERONIMO ENERGY, LLC,<br><br>Defendant. | 18-CV-05882 (AJN)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Enel Green Power North America, Inc., Enel Kansas, LLC, and Enel Minnesota Holdings, LLC, and Defendant Geronimo Energy, LLC, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs and attorneys' fees.

Dated: June 18, 2020

**CIRESI CONLIN LLP**

By: /s/ Michael V. Ciresi

Michael V. Ciresi
Katie Crosby Lehmann
Heather M. McElroy
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
Email: mvc@ciresiconlin.com
    kcl@ciresiconlin.com
    hmm@ciresiconlin.com
    mag@ciresiconlin.com

*Attorneys for Defendant
Geronimo Energy, LLC, a
Minnesota LLC*

**DAVIS POLK & WARDWELL LLP**

By:_____

Antonio J. Perez-Marques
Adam G. Mehes
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Fax: (212) 701-5559
Email: antonio.perez@davispolk.com
    adam.mehes@davispolk.com
    craig.cagney@davispolk.com

*Attorneys for Plaintiffs
Enel Green Power North America, Inc.,
Enel Kansas, LLC and
Enel Minnesota Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEL GREEN POWER NORTH AMERICA, INC., ENEL KANSAS, LLC, and ENEL MINNESOTA HOLDINGS, LLC,<br><br>     Plaintiffs,<br><br> - against -<br><br>GERONIMO ENERGY, LLC,<br><br>     Defendant. | 18-CV-05882 (AJN)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiffs Enel Green Power North America, Inc., Enel Kansas, LLC, and Enel Minnesota Holdings, LLC, and Defendant Geronimo Energy, LLC, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs and attorneys' fees.

Dated: June 18, 2020

**CIRESI CONLIN LLP**

By:_____
Michael V. Ciresi
Katie Crosby Lehmann
Heather M. McElroy
Melissa A. Goodman
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
Email: mvc@ciresiconlin.com
   kcl@ciresiconlin.com
   hmm@ciresiconlin.com
   mag@ciresiconlin.com

*Attorneys for Defendant*
*Geronimo Energy, LLC, a*
*Minnesota LLC*

**DAVIS POLK & WARDWELL LLP**

By:_____
Antonio J. Perez-Marques
Adam G. Mehes
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Fax: (212) 701-5559
Email: antonio.perez@davispolk.com
   adam.mehes@davispolk.com
   craig.cagney@davispolk.com

*Attorneys for Plaintiffs*
*Enel Green Power North America, Inc.,*
*Enel Kansas, LLC and*
*Enel Minnesota Holdings, LLC*